IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| RONALD W. WALDEN, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HIGH STREET SHOPS, LLC, ) <br> a Colorado Limited Liability Company, ) <br> ) <br> and ) <br> ) <br> RCS- HIGH STREET TIC, LLC, ) <br> a Colorado Limited Liability Company, ) <br> ) <br> Defendants. ) <br> ) | Case No:   4:19-cv-00125-RAJ-RJK |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties to this action have reached an agreement regarding all disputed issues in the case, including attorneys' fees and expenses, as evidenced by the Agreed Order of Dismissal endorsed by all parties and attached to this Notice as Exhibit A.

**RONALD W. WALDEN, JR.**

By: */s/ Deborah C. Waters*
Deborah C. Waters, Esquire
Virginia State Bar #28913
Waters Law Firm, P.C.
Town Point Center Building, Suite 600
150 Boush Street
Norfolk, VA  23510

Telephone: (757) 446-1434
Facsimile:  (757) 446-1438
dwaters@waterslawva.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of September, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to all counsel of record.

By: */s/ Deborah C. Waters*
Deborah C. Waters, Esquire
Virginia State Bar #28913
Waters Law Firm, P.C.
Town Point Center Building, Suite 600
150 Boush Street
Norfolk, VA  23510
Telephone: (757) 446-1434
Facsimile: (757) 446-1438
dwaters@waterslawva.com
*Counsel for Plaintiff*